```
 1  RIMAC MARTIN, P.C.
    ANNA M. MARTIN - State Bar No. 154279
 2  KEVIN G. GILL - State Bar No. 226819
    1051 Divisadero Street
 3  San Francisco, California 94115
    Telephone (415) 561-8440
 4  Facsimile (415) 561-8430
    amartin@rimacmartin.com
 5
    Attorneys for Defendants
 6  FIRST UNUM LIFE INSURANCE CO.;
    UNUM PROVIDENT CORP.; and
 7  UNUM GROUP, INC.
```

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL (DONG YUL) YOON,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY, UNUM PROVIDENT CORPORATION, UNUM GROUP, INC., and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. C 09-02529 EMC<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (NDCA L-R 6.1(a)) ; ORDER<br><br>Current deadline:   June 15, 2009<br>Proposed deadline: June 29, 2009 |

PURSUANT TO NDCA LOCAL RULE 6.1(a), Defendants FIRST UNUM LIFE INSURANCE CO. and UNUM GROUP, INC. (which defendants contend was erroneously sued herein as both Unum Group., Inc. and Unum Provident Corp.) and Plaintiff DANIEL YOON hereby stipulate to extend the time within which Unum may answer or otherwise respond to Plaintiff's complaint. Defendants' response is now due on or before June 29, 2009.

SO STIPULATED.

MANNION & LOWE, PC

DATED: June 10, 2009          By: _____
                                  E. GERARD MANNION
                                  Attorney for Plaintiff DANIEL YOON

---

STIP. EXTENDING TIME TO RESPOND                -1-                CASE NO. C 09-02529 EMC

|   |   |   |   |
|---|---|---|---|
| 1 |  |  | RIMAC MARTIN, P.C. |
| 2 |  |  |  |
| 3 | DATED: June 10, 2009 | By: | *Anna M. Martin* |
| 4 |  |  | ANNA M. MARTIN |
| 5 |  |  | Attorneys for Defendants<br>FIRST UNUM LIFE INSURANCE<br>COMPANY; UNUMPROVIDENT<br>CORPORATION; UNUM GROUP, INC. |

7  IT IS SO ORDERED



10  _____
    Edward M. Chen
11  U.S. Magistrate
    Judge

-2-

STIP. EXTENDING TIME TO RESPOND                               CASE NO. C 09-02529 EMC