1  E. Gerard Mannion (State Bar #77287)
   E-mail: gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   E-mail: wlowe@sbcglobal.net
3  Demián I. Oksenendler (State Bar #233416)
   E-mail: doksenendler@sbcglobal.net
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 733-1050
6  Facsimile: (415) 434-4810

7
   Attorneys for Plaintiff,
8  DANIEL YOON

9

10               UNITED STATES DISTRICT COURT

11     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

12

13  DANIEL (DONG YUL) YOON,              )  Case No.:  C 09-2529 PJH
                                         )
14          Plaintiff,                   )  **STIPULATION EXTENDING
                                         )  PLAINTIFF'S TIME TO FILE FIRST**
15  vs.                                  )  **AMENDED COMPLAINT**
                                         )
16  FIRST UNUM LIFE INSURANCE            )
    COMPANY, UNUM PROVIDENT              )
17  CORPORATION, UNUM GROUP, INC, and    )  **ORDER**
    DOES 1 through 30, inclusive,        )
18                                       )
            Defendants.                  )
19                                       )

20        The parties to the above-captioned case hereby stipulate by and through their attorneys that

21  plaintiff shall have a 30-day extension in which to file his first amended complaint. Plaintiff's last

22  day to file the first amended complaint would therefore be extended to October 17, 2009.

23        The parties have agreed to this extension in order to provide them time to work through some

24  issues related to the claim which could potentially affect how the claim is presented in the first

25  amended complaint.

26  ///

27  ///

28  ///

                                   1

Stipulation Extending Plaintiff's Time to File First Amended Complaint        Case No.: C 09-2529 PJH

1    The court is therefore requested to order the extension agreed to by the parties.

2

3    Dated: September 3, 2009              MANNION & LOWE
                                            A Professional Corporation
4

5                                          By:_____
                                               E. Gerard Mannion
6                                              Attorneys for Plaintiff,
                                               DANIEL (DONG YUL) YOON
7

8
     Dated: September 4, 2009              RIMAC MARTIN, P.C.
9

10                                         By:_____
                                               Anna M. Martin
11                                             Attorneys for Defendants
                                               FIRST UNUM LIFE INSURANCE CO.,
12                                             UNUM PROVIDENT CORP., and UNUM
                                               GROUP, INC.
13

14

15   IT IS SO ORDERED.

16         9/10/09

17                                         IT IS SO ORDERED

18

19                                         Judge Phyllis J. Hamilton

20

21

22

23

24

25

26

27

28

                                    2

Stipulation Extending Plaintiff's Time to File First Amended Complaint        Case No.: C 09-2529 PJH