1  E. Gerard Mannion (State Bar #77287)
   E-mail: gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   E-mail: wlowe@sbcglobal.net
3  Demián I. Oksenendler (State Bar #233416)
   E-mail: doksenendler@sbcglobal.net
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 733-1050
6  Facsimile: (415) 434-4810

7
   Attorneys for Plaintiff,
8  DANIEL YOON

9

10                          UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

12

13  DANIEL (DONG YUL) YOON,            )   Case No.:   C 09-2529 PJH
                                       )
14              Plaintiff,             )   STIPULATION CONTINUING CASE
                                       )   MANAGEMENT CONFERENCE
15  vs.                                )
                                       )
16  FIRST UNUM LIFE INSURANCE          )   ORDER
    COMPANY, UNUM PROVIDENT            )
17  CORPORATION, UNUM GROUP, INC, and  )
    DOES 1 through 30, inclusive,      )
18                                     )
                Defendants.            )
19  _____)

20       The parties to the above-captioned case hereby stipulate by and through their attorneys to

21  continue the Case Management Conference presently scheduled for September 17, 2009 at 2:30 pm,

22  to a date convenient for the Court which is approximately 45 days after October 17, 2009. This

23  continuance is requested because plaintiff's last day to file the first amended complaint has been

24  extended to October 17, 2009.

25  ///

26  ///

27  ///

28  ///

                                              1

Stipulation Continuing Case Management Conference; Order                Case No.: C 09-2529 PJH

1  The Court is therefore requested to order the continuace agreed to by the parties.

2

3  Dated: September 11, 2009                MANNION & LOWE
                                            A Professional Corporation
4
5                                           By: _____
                                                E. Gerard Mannion
6                                               Attorneys for Plaintiff,
                                                DANIEL (DONG YUL) YOON
7

8
    Dated: September 11, 2009               RIMAC MARTIN, P.C.
9
10                                          By: _____
                                                Anna M. Martin
11                                              Attorneys for Defendants
                                                FIRST UNUM LIFE INSURANCE CO.,
12                                              UNUM PROVIDENT CORP., and UNUM
                                                GROUP, INC.
13

14  IT IS ORDERED THAT THE CASE MANAGEMENT CONFERENCE BE CONTINUED

15  UNTIL December 10, 2009 at 2:00 p.m.

16

17                                          _____
                                            Hon. Phyllis Jean Hamilton
18
                                            IT IS SO ORDERED
19
                                            Judge Phyllis J. Hamilton
20

[UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA seal]

2

Stipulation Continuing Case Management Conference; Order          Case No.: C 09-2529 PJH