1  E. Gerard Mannion (State Bar #77287)
   E-mail:  gmannion@sbcglobal.net
2  Wesley M. Lowe (State Bar #111761)
   E-mail:  wlowe@sbcglobal.net
3  Demián I. Oksenendler (State Bar #233416)
   E-mail:  doksenendler@sbcglobal.net
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 733-1050
6  Facsimile:  (415) 434-4810

7
   Attorneys for Plaintiff,
8  DANIEL YOON

9

10                      **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

12

13  DANIEL (DONG YUL) YOON,            ) Case No.:   C 09-2529 PJH
                                        )
14          Plaintiff,                  ) **STIPULATION EXTENDING**
                                        ) **PLAINTIFF'S TIME TO FILE FIRST**
15  vs.                                 ) **AMENDED COMPLAINT**
                                        )
16  FIRST UNUM LIFE INSURANCE          )
    COMPANY, UNUM PROVIDENT            ) **[PROPOSED] ORDER**
17  CORPORATION, UNUM GROUP, INC, and  )
    DOES 1 through 30, inclusive,      )
18                                      )
            Defendants.                 )
19  _____    )

20       The parties to the above-captioned case are requesting the Court grant an additional 30-day

21  extension of time for plaintiff to file his first amended complaint.  Plaintiff's last day to file the first

22  amended complaint is presently October 17, 2009.  This would extend his last day to file the first

23  amended complaint until November 16, 2009.

24       Plaintiff has requested this extension in order to provide defendants with new medical

25  information, records, studies, and reports related to the medical condition at issue in this case.

26  Plaintiff will be asking defendants to reconsider their decision to terminate his benefits based upon

27  this new information.  It is taking longer than plaintiff had hoped to assemble the information in part

28  because some of it is coming from Canadian medical providers, some of whom have not been

1  moving as promptly as plaintiff would like.  Once the information is obtained, the defendants will
2  then be presented with it.  The defendants' response to the information and request for
3  reconsideration may affect what issues are presented in the first amended complaint.  This extension
4  will give the parties time to complete these activities before the first amended complaint needs to be
5  filed.
6        The Court is therefore requested to grant the extension agreed to by the parties.

8  Dated:  October 16, 2009      MANNION & LOWE
      A Professional Corporation

10  By:  /s/
    E. Gerard Mannion
11      Attorneys for Plaintiff,
    DANIEL (DONG YUL) YOON

13  Dated:  October 16, 2009      RIMAC MARTIN, P.C.

15  By:  /s/
    Anna M. Martin
16      Attorneys for Defendants
    FIRST UNUM LIFE INSURANCE CO.,
17      UNUM PROVIDENT CORP., and UNUM
    GROUP, INC.

20  IT IS SO ORDERED.

22  10/19/09      _____
      Hon. Phyllis J. Hamilton

24  G:\Main Group\Clients\Yoon v. UNUM\Pleadings\Stip to Extend 9-3-09.wpd

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

2