**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
amartin@rimacmartin.com
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
FIRST UNUM LIFE INSURANCE COMPANY
and UNUM GROUP, INC. (improperly sued herein as
UNUM PROVIDENT CORPORATION)

**MANNION & LOWE**, a Professional Corporation
E. GERARD MANNION - CSBN 77287
gmannion@sbcglobal.net
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

**DeVRIES LAW FIRM**
DOUGLAS K. DEVRIES
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 473-4343
Facsimile: (916) 473-4342

Attorneys for Plaintiff
DANIEL YOON

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

| | |
|---|---|
| DANIEL (DONG YUL) YOON, | ) |
| Plaintiff, | ) CASE NO. C 09-02529 PJH |
| vs. | ) JOINT STIPULATION OF |
| FIRST UNUM LIFE INSURANCE COMPANY, UNUM PROVIDENT CORPORATION, UNUM GROUP, INC., | ) DISMISSAL WITH PREJUDICE |
| Defendants. | ) |

-2-

1   IT IS HEREBY STIPULATED, by and between the parties, by and through their
2   respective attorneys of record, that this action shall be dismissed with prejudice, each party bear
3   their own attorney fees and costs.

**MANNION & LOWE,**
a Professional Corporation

DATED: April 30, 2010      By:   /s/ E. Gerard Mannion
                                 E. GERARD MANNION
                                 Attorneys for Plaintiff
                                 DANIEL YOON

**DeVRIES LAW FIRM**

DATED: April 30, 2010      By:   /s/ Douglas K. DeVries
                                 DOUGLAS K. DeVRIES
                                 Attorneys for Plaintiff
                                 DANIEL YOON

**RIMAC MARTIN, P.C.**

DATED: April 30, 2010      By:   /s/ Anna M. Martin
                                 ANNA M. MARTIN
                                 Attorneys for Defendants
                                 FIRST UNUM LIFE INSURANCE
                                 COMPANY, UNUM PROVIDENT
                                 CORPORATION, and UNUM GROUP,
                                 INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: May 7, 2010         By:   _____
                                 PHYLLIS J. HAMILTON
                                 U.S. DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]